UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-14761
Jennifer Cournoyer )
) Chapter: 13
) Honorable LaShonda Hunt
) Joliet
)
Debtor(s) )

## AGREED ORDER AUTHORIZING SALE

This matter having come before the Court upon the Motion to Sell Real Estate (Doc. 47) filed herein by Debtor, Jennifer Ann Cournoyer ("Debtor") and Objection filed herein by the secured creditor, U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ("Creditor") and it appearing to the Court that parties have agreed to a course of action resolve the matter:

1. The property which is the subject of the Motion to Sell is located at 21649 Inverness Drive, Plainfield, IL 60544 (Property).

2. The proposed sale price is in the amount of $177,000.00.

3. The parties agree that Creditor's mortgage loan shall be paid in full at the time of closing, per the amount indicated on Creditor's payoff statement as of the date of closing.

4. Debtor or closing agent shall contact Creditor directly to obtain the current mortgage payoff balance at the time of closing.

5. Debtor's sale closing of the Property shall take place no later than thirty (30) days from the date of the entry of this Agreed Order, otherwise this Agreed Order shall be null and void. However, in no event shall Debtor's proposed sale of the property delay or otherwise interfere with any foreclosure sale of the subject property that Creditor has scheduled or may schedule.

6. The net proceeds of the sale, after liens are satisfied and all reasonable and customary costs of sale including but not limited to closing costs, broker's commissions and tax proration, shall be disbursed as follows:
   a) 50% of the net proceeds to Derek Cournoyer
   b) $15,000 to the Debtor
   c) The balance of the net proceeds shall be tendered directly to:
      Glenn Stearns
      Chapter 13 Trustee
      PO Box 2368
      Memphis, TN 38101-2368

7. Debtors shall tender a copy of the HUD or ALTA settlement statement to the Trustee within 10 days of the closing.

/s/ Briana Czajka
Briana Czajka
Geraci Law L.L.C.
55 East Monroe St. Suite, #3400
Chicago, IL 60603
Phone: 312-332-1800
Fax: 877-247-1960
Email: ndil@geracilaw.com
Attorney for Debtor

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: February 11, 2022

**Prepared by:**

Briana Czajka
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603